IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LUPE DE LOS SANTOS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>    Defendant. | CASE NO. 1:20-cv-00919-GSA<br><br>ORDER GRANTNG MOTION TO WAIVE HARD COPY REQUIREMENT<br><br>(Doc. 15) |

    Defendant moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record (Dkt. 5 at 1) which Defendant is unable to produce due to the COVID-19 health emergency. Accordingly, it is **ORDERED** that the motion, Doc. 15, is granted.

Dated: **July 14, 2021**     /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE