UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LUPE DE LOS SANTOS,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, acting Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:20-cv-00919-GSA<br><br>**ORDER REJECTING STIPULATION IN PART**<br><br>(Doc. 20) |

The parties stipulate to a 45-day extension of time from September 24, 2021 to November 8, 2021 for Plaintiff to file his opening brief due to counsel's increased work responsibilities.  This is the first extension sought by either party in this matter.

The Scheduling Order allows for a single extension of thirty days by the stipulation of the parties.  Doc. 7 at 3.  Beyond the single extension by stipulation, "requests to modify [the scheduling] order must be made by written motion and will be granted only for good cause." *Id*.

When considering whether good cause exists to modify a scheduling order, courts consider the foreseeability of the impediment to meeting the deadline and the party's diligence in seeking the extension once it became apparent they could not meet the deadline.  *See Sharp v. Covenant Care LLC,* 288 F.R.D. 465, 467 (S.D. Cal. 2012); *Ordaz Gonzalez v. Cty. of Fresno*, No. 1:18-CV-01558-BAM, 2020 WL 2539287, at *2 (E.D. Cal. May 19, 2020).  The Court has the inherent power to manage its own docket to achieve an orderly and expeditious resolution of cases.  *Southern California Edison Co. v. Lynch*, 307 F.3d 794 (9th Cir. 2002).

Although counsel provided sufficient cause for an extension, and sought the extension well in advance of the upcoming deadline, counsel has not availed himself of the 30-day extension as of

right provided by the scheduling order.  Accordingly, it is premature to grant a 45-day extension for cause.

Plaintiff will be granted the 30-day automatic extension provided by the scheduling order.  In the event the 30-day extension is insufficient to accommodate counsel's schedule, counsel may renew the request for an extension for cause.  As provided by the scheduling order, such a request should take the form of a motion, not a stipulation.  Doc. 7 at 3.

Accordingly, it is **ORDERED** that Plaintiff's deadline to file an opening brief is extended to and including October 25. 2021.  All other deadlines are adjusted accordingly.

IT IS SO ORDERED.

Dated:   **September 14, 2021**                     **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE